UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARTIN J. WALSH**, Secretary of Labor, United States Department of Labor, <br><br>          Plaintiff, <br><br>vs. <br><br>**LEGEND CLASSIC IRVINGTON CAFÉ, INC.**, an Indiana corporation; **JOHN ROBERTSON**, an individual, and **KIM ROBERTSON**, an individual, <br>          Defendants. | Civil Action No. 21-cv-541 <br><br> Hon. Jane Magnus-Stinson <br> District Judge <br><br> Hon. Debra McVicker Lynch <br> Magistrate Judge |

### SECRETARY OF LABOR'S PRELIMINARY WITNESS AND EXHIBIT LIST

Pursuant to the Case Management Plan as modified [ECF No. 16], Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor ("Secretary"), hereby submits his preliminary witness and exhibit lists for the trial set to begin February 7, 2022. Given the early stage of this proceeding, the Secretary expects potential witnesses or exhibits may become known through the discovery process. The Secretary reserves the right to amend or supplement his witness and exhibit list, as appropriate under the Case Management Plan as modified [ECF No. 16], should the Secretary become aware of additional witnesses or exhibits.

**I.**    **Preliminary Witness List**

The Secretary may call the following individuals as witnesses:

1. Defendant John Robertson;

2. Defendant Kim Robertson;

3. Investigator Ricky H. Collins Sr., United States Department of Labor, Wage and Hour Division; and

4. Employees listed in Exhibit A of the Complaint [ECF No. 1], as well as other current or former employees of Legend Classic Irvington Café.

In addition, the Secretary reserves the right to call any witnesses listed on Defendants' witness list and any witnesses necessary for impeachment and/or rebuttal.

II. **Preliminary Exhibit List**

The Secretary expects to offer the following materials as exhibits:

1. Form WH-56 for the employees listed in Exhibit A of the Complaint [ECF No. 1];
2. Forms WH-55 for the employees listed in Exhibit A of the Complaint [ECF No. 1];
3. Unsigned Forms WH-58 for the employees listed in Exhibit A of the Complaint [ECF No. 1];
4. Defendants' Payroll records;
5. Defendants' server sales records;
6. Defendants' tax records;
7. Articles of Incorporations and Business Entity Reports for Defendant Legend Classic Irvington Café;
8. Employee list for Defendant Legend Classic Irvington Café; and
9. Correspondence and communications between Investigator Collins and Defendant John Robertson.

The Secretary also incorporates into his exhibit list any exhibits listed in Defendants' exhibit list and any exhibits necessary for impeachment or rebuttal.

Dated: July 15, 2021

Respectfully submitted,

**ELENA S. GOLDSTEIN**
Acting Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

*/s/ Elisabeth Nolte*
**ELISABETH NOLTE**
Trial Attorney

Attorneys for **MARTIN J. WALSH**, Secretary of Labor, United States Department of Labor, Plaintiff

U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn St., Room 844
Chicago, IL 60604
Telephone: 312-353-7837
Facsimile: 312-353-5698