**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **MARTIN J. WALSH**, | ) | |
| Secretary of Labor, | ) | |
| United States Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:21-cv-00541-JMS-DML |
| | ) | |
| **LEGEND CLASSIC IRVINGTON** | ) | |
| **CAFÉ, INC.**, an Indiana corporation; | ) | |
| **JOHN ROBERTSON**, an individual; | ) | |
| and **KIM ROBERTSON**, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT

On January 18, 2022, the Court entered a Consent Order and Judgment, which directs, amongst other things, Defendant Legend Classic Irvington Café, Inc. to pay Plaintiff Martin J. Walsh, Secretary of Labor, U.S. Department of Labor ("Secretary"), a total of $56,000 in unpaid compensation due to Defendants' employees. ECF No. 28.

The Secretary hereby acknowledges that unpaid compensation in the amount of $56,000, has been paid in full and fully satisfied by Defendant. Therefore, the Secretary hereby authorizes and empowers the Clerk of the above Court to satisfy of record that portion of the Consent Order and Judgment providing for the payment of $56,000 in unpaid compensation.

Respectfully submitted,

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

1

*/s/ Elisabeth Nolte*
**ELISABETH NOLTE**
Trial Attorney

P.O. ADDRESS:
Office of the Solicitor
U.S. Department of Labor
230 S. Dearborn St., Room 844
Chicago, Illinois 60604
Telephone No.:  312/353-7837
Facsimile No.:  312/353-5698
E-mail Address:  nolte.elisabeth.p@dol.gov

Attorneys for **MARTIN J. WALSH**,
Secretary of Labor, United States
Department of Labor, Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing **Notice of Satisfaction of Monetary Portion of Judgment** was served by email on January 18, 2022, to the following party:

        Matthew S. Tarkington
        Lewis & Kappes, P.C.
        One American Square, Suite 2500
        Indianapolis, Indiana 46282
        mtarkington@lewis-kappes.com

        /s/ *Elisabeth Nolte*
        **ELISABETH NOLTE**
        Trial Attorney

        United States Department of Labor,
        One of the Attorneys for Plaintiff